UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE, ET AL.,
                        Plaintiffs,

-against-

NEW YORK FERTILITY INSTITUTE, ET AL.,
                        Defendants.
------------------------------------------------------------X

22 Civ. 2442 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 16, 2022, (Dkt. No. 24) required Defendants to answer, move or otherwise respond to the Complaint and to respond to Plaintiffs' motion to proceed pseudonymously by August 8, 2022;

WHEREAS, Defendants have not responded to the Complaint or Plaintiff's motion.

It is hereby **ORDERED** that, by **August 12, 2022**, Defendants shall answer, move or otherwise respond to the Complaint and respond to Plaintiffs' motion to proceed pseudonymously.

Dated: August 9, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**